UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
MICHEL CAUCHI

                      Plaintiff,

  -against-

601 WEST END TENANTS CORP., et al.

                     Defendants.
------------------------------------------------------X

Case No. 1:19-CV-10717 (VSB)

**NOTICE OF MOTION TO DISMISS**

      PLEASE TAKE NOTICE that upon (i) the Amended Complaint filed March 27, 2020, in the above-captioned action; (ii) the accompanying Declaration of Jerrold F. Goldberg, with exhibits, and (iii) the accompanying Memorandum of Law, defendants 601 West End Tenants Corp. and Cornerstone Management Systems will move this Court, pursuant to Rule 12(b)(1) and (6) of the Federal Rules of Civil Procedure, before the Honorable Vernon B. Broderick, at the United States District Court, Southern District of New York, 40 Foley Square, Courtroom 518, New York, New York 10007, at a date and time to be determined by the Court, for an Order dismissing the Amended Complaint, with prejudice, and for such other and further relief as this Court may deem just and proper.

Dated: New York, New York
       April 10, 2020

                                           **GREENBERG TRAURIG, LLP**

                                       By: *s/ Jerrold Goldberg*
                                          Jerrold F. Goldberg
                                    200 Park Avenue
                                    New York, New York 10166
                                    (212) 801-9200
                                    goldbergj@gtlaw.com

                                    *Attorneys for Defendants*

To:   Stephen F. Doddato
      Mirotznik & Associates
      2115 Hempstead Turnpike
      East Meadow, New York 11554
      (516) 794-8827
      (516) 794-7971
      stephen@mirotzniklaw.com