# MIROTZNIK & ASSOCIATES, LLC
## COUNSELORS AT LAW

MICHAEL B. MIROTZNIK

STEPHEN F. DODDATO

OF COUNSEL:
MARY ELLEN O'BRIEN
STEVEN M. SACK
MELVYN K. ROTH

April 22, 2020

**VIA ECF**

Hon. Vernon S. Broderick
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

        Re: Cauchi v. 601 West End Tenant's Corp., et al.
        Case No.: 1:19-cv-10717

Dear Honorable Vernon S. Broderick-

I hope this letter finds you well. I represent Plaintiff Michel Cauchi in the above captioned matter. We are in receipt of Defendants' Motion to Dismiss Plaintiff's First Amended Complaint, which was filed April 10, 2020 with a return date and time to be set by the Court. I write to respectfully request a briefing schedule so that in these difficult times, we may plan accordingly.

Thank you for your anticipated courtesies,

Very truly yours,

Mirotznik & Associates, LLC

*[signature]*

Stephen F. Doddato.
SFD:jmb
cc: Jerrold Foster Goldberg, Esq. (via ECF)