

MICHAEL B. MIROTZNIK

STEPHEN F. DODDATO

OF COUNSEL:
MARY ELLEN O'BRIEN
STEVEN M. SACK
MELVYN K. ROTH

May 27, 2020

**VIA ECF**

Hon. Vernon S. Broderick
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

   Re: Cauchi v. 601 West End Tenant's Corp., et al.
    Case No.: 1:19-cv-10717

Dear Judge Broderick:

  I represent Plaintiff Michel Cauchi in the above captioned matter. I submit this letter on behalf of both parties in the above-referenced matter to respectfully request that the Court briefly extend Plaintiff's time to file opposition to Defendant's Motion to Dismiss Plaintiff's Amended Complaint which was filed April 10, 2020 and set down a briefing schedule and return date for the motion. The parties jointly make this application.

  On May 22, 2020, this Court issued an Order denying my initial request, which was first filed April 22, 2020, to extend the default briefing schedule. In the May 22, 2020 Order Your Honor also stated that the parties are free to meet and confer on an extension of that briefing schedule if they wish to do so and may submit any proposal for approval by joint letter. Counsel for Defendants, Mr. Goldberg and I, have discussed this matter and the pending motion. We have also had fruitful settlement discussions and are actively working towards a resolution of the matter. As such, we respectfully request that Your Honor permit a brief extension of time to allow the parties to continue to negotiate towards a settlement. Our hope is that this matter is settled amicably and relatively quickly, which would obviate the need for a full briefing and decision of the motion.

  In case the parties are unable to settle the matter, we are proposing that the Plaintiff file and serve opposing affidavits and memoranda on or before June 12, 2020 and any reply submission be filed and served on or before June 22, 2020.

Thank you for your anticipated courtesies.

        Respectfully submitted,

        /s/ Stephen Frank Doddato
        By: Stephen Frank Doddato
        Mirotznik & Associates, LLC
        2115 Hempstead Turnpike
        East Meadow, NY 11554
        T: 516-794-8827
        F: 516-794-7971
        Email: stephen@mirotzniklaw.com

        *Counsel for Plaintiff*


        /s/ Jerrold Foster Goldberg
        By: Jerrold Foster Goldberg
        Greenberg Traurig, LLP
        200 Park Avenue
        New York, NY 10166
        T: 212-801-9209
        F: 212-805-9209
        Email: GoldbergJ@gtlaw.com

        *Counsel for Defendants*